FILED

01/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0738

IN THE SUPREME COURT FOR THE STATE OF MONTANA

| | |
|---|---|
| **RAPHAEL J. HE DOES IT,** | **Cause No. OP 22-0738** |
| Petitioner, | |
| v. | **ORDER** |
| **RED LODGE CITY COUNCIL, CITY OF RED LODGE, and KRISTEN COGSWELL, Mayor,** | |
| Respondents. | |

Upon consideration of Petitioner's motion to withdraw the application for an immediate Writ of Mandamus based on mootness, and good cause appearing,

IT IS HEREBY ORDERED that the motion is granted, the Petitioner's application for a Writ of Mandamus is withdrawn, and this proceeding is dismissed without prejudice.

ORDER
Page **1** of **1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2023